McDermott Will & Schulte

Paul Schochet
Associate
pschochet@mcdermottlaw.com
+1 212 756 2536

September 29, 2026

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Re:* *UNI Luxury USA, Inc. et al v. Klarity Data Inc. et al*, No. 1:26-cv-08164

Dear Judge Schofield:

I represent Defendants Klarity Data Inc. and Joshua Mancilla in the above-referenced action. I write, with Plaintiffs' consent, to respectfully request (1) that the Court adjourn the deadlines associated with Plaintiffs' Application For Temporary Restraining Order and Preliminary Injunction ("Plaintiffs' Application") *sine die* and (2) that the Court adjourn the hearing currently scheduled for September 30, 2026, *sine die*. The Court has already so-ordered the parties' prior stipulation at Dkt. 27, which extended Defendants' deadline to respond to Plaintiffs' Application to September 29, 2026, at 12:00 p.m., and adjourned the hearing from September 28, 2026, to September 30, 2026.[1]

Pursuant to the Court's September 22, 2026 Order (Dkt. 23), and since the Court so-ordered the parties' prior stipulation (Dkt. 27), the parties have continued to diligently negotiate concerning Plaintiffs' Application. The parties have reached an agreement in principle and are working to finalize definitive documentation memorializing their agreement. The parties will promptly notify the Court once they have finalized their agreement and will submit appropriate papers at that time.

[1] Defendant Mariana Araújo Gaglianone's status has not changed since the parties' prior letter to the court.

Accordingly, I respectfully request, with Plaintiffs' consent, that the Court so-order the adjournment *sine die* of the deadlines associated with Plaintiffs' Application and the hearing currently scheduled for September 30, 2026.

Sincerely,

*/s/ Paul Schochet*
Paul Schochet

cc: Counsel of Record (via ECF)

Application **GRANTED** in part. The hearing scheduled for September 30, 2026, is **CANCELLED**. Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction is denied, without prejudice to renewal (which Plaintiffs may refile by letter motion incorporating prior filings). By **October 15, 2026**, the parties shall file definitive documentation of their agreement or a status letter regarding the same. The letter shall include an update on the status of service on Defendant Gaglianone.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 17 and 28.

Dated: September 29, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE